# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TIFFANY LAURA, | Case No. 1:20-cv-01573 |
| Plaintiff, | NOTICE OF MOTION |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC. | |
| Defendant. | |

TO: Counsel of record

PLEASE TAKE NOTICE that on August 11, 2020 at 9:45 AM CDT, the undersigned counsel shall appear before the Honorable District Judge Sharon J. Coleman, or any judge appearing in his stead, at Courtroom 1241 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois 60604, and then there present Plaintiff's Motion for Leave to File Under Seal, which has been filed in conjunction with this Notice and is hereby served on you.

Respectfully submitted this 6th day of August 2020.

By: *s/Syed Hussain*
Syed H. Hussain, Esq.
Bar Number: Illinois 6331378
Attorney for Plaintiff Tiffany Laura
**Price Law Group, APC**
440 N. McClurg Ct. #803
Chicago, IL 60611
Telephone: (954) 225-4934
Email: syed@pricelawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2020 I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*