**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TIFFANY LAURA, | Case No. 1:20-cv-01573 |
| Plaintiff, | Honorable Sharon Johnson Coleman |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC. | **PLAINTIFF'S AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 56, Plaintiff Tiffany Laura ("Plaintiff"), by and through her undersigned counsel, hereby presents her Motion for Partial Summary Judgment ("Motion").

In support of her Motion, Plaintiff has filed her Memorandum of Law, Rule 56.1 Statement of Undisputed Material Facts, and supporting exhibits, and incorporates the same as if fully set forth herein.

WHEREFORE, Plaintiff Tiffany Laura respectfully requests that this Court grant Plaintiff's Motion for Partial Summary Judgment in its entirety.

Respectfully submitted this 6th day of August 2021.

By: *s/Syed Hussain*
Syed H. Hussain, Esq.
Bar Number: Illinois 6331378
**Price Law Group, APC**
420 E Waterside Dr. #3004
Chicago, IL 60601
Telephone: (954) 225-4934
Email: syed@pricelawgroup.com

*Attorney for Plaintiff Tiffany Laura*

## CERTIFICATE OF SERVICE

  I hereby certify that on August 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

                */s/* Roxanne Harris